UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JORDAN QUEEN<br><br>         Plaintiff,<br><br>v.<br><br>W.I.C., INC. d/b/a SNIPER TREESTANDS<br>Serve:  Todd Quiring<br>         W.I.C., Inc.<br>         1820 N. Redding Ave.<br>         Windom, MN  56101<br><br>and<br><br>DUNHAM'S ATHLEISURE<br>CORPORATION d/b/a DUNHAM'S SPORTS<br>Serve:  CT Corporation System<br>         208 So. LaSalle St., Suite 814<br>         Chicago, IL  60604 | Case No. 3:14-cv-00519<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

COMES NOW Plaintiff Jordan Queen, by and through his attorneys, Onder, Shelton, O'Leary & Peterson, LLC, and for his cause of action against Defendants WIC., Inc. d/b/a Sniper Treestands and Dunham's Athleisure Corporation d/b/a Dunham's Sports states:

## JURISDICTION

1. Plaintiff Jordan Queen is a resident and citizen of Centralia, Illinois.

2. Defendant W.I.C., Inc., is a Minnesota corporation with its principal place of business in Windom, Minnesota, such that it is a citizen of Minnesota for purposes of jurisdiction.

1

3. Defendant Dunham's Athleisure Corporation ("Dunham") is a Delaware corporation with its principal place of business in Troy, Michigan, such that it is a citizen of Delaware and Michigan for purposes of jurisdiction.

4. The amount in controversy in this civil action exceeds $75,000.

5. This Court has original jurisdiction pursuant 28 U.S.C. § 1332 based upon diversity of citizenship.

## ALLEGATIONS COMMON TO ALL COUNTS

6. On or about October 12, 2013, Plaintiff Jordan Queen was at the top of the ladder section of a "The Scout" model STLS41 tree stand near Orchardville, Illinois.

7. The Scout tree stand's intended application is to provide an elevated platform to shoot from when hunting.

8. At said time and place, Plaintiff was attempting to use the tree stand for its intended purpose of deer hunting.

9. At said time and place, the ladder of the tree stand bent, causing Plaintiff to fall.

10. The Scout tree stand was manufactured, marketed, produced and/or distributed by Defendant W.I.C., Inc.

11. Defendant Dunham owns and operates sporting goods stores under the business name Dunham's Sports, to include a store in Mt. Vernon, Illinois.

12. The Scout tree stand had been purchased from Defendant Dunham's store in Mt. Vernon, Illinois, who promoted, marketed, and/or retailed the tree stand.

## COUNT I – STRICT LIABILITY
### (W.I.C., Inc. and Dunham's Sports)

13. Plaintiff incorporates the allegations of paragraphs 6 through 12 as if fully set forth herein.

14. Defendants W.I.C., Inc., and Dunham's Athleisure Corporation owed foreseeable users such as Plaintiff a duty of care in manufacturing, designing, promoting, marketing and selling The Scout tree stand.

15. Defendants breached that duty in that The Scout tree stand was in a defective and unreasonably dangerous condition when put to a reasonably anticipated use, to wit:

    a. The tree stand was defectively designed in that it bent under the weight of the user and gear despite the product being rated by the manufacturer for a weight capacity well in excess of that of the user and gear;

    b. The tree stand provided warnings and instructions that failed to adequately warn the user of the bending hazard;

16. As a direct and proximate cause of the defective condition of the tree stand, the tree stand bent, causing Plaintiff to fall.

17. As a result of the fall, Plaintiff sustained serious injuries, to include breaking both bones in his right leg, shattering his right ankle, and causing ligament, tendon, and joint damage. Plaintiff has suffered substantial pain and suffering and will in the future continue to experience pain and suffering. Plaintiff's injury was debilitating and has resulted in a permanent impairment. Plaintiff has sustained substantial medical expenses in the treatment of his injuries and will continue to accrue medical expenses in the future. Plaintiff has also lost wages and will continue to lose wages in the future due to the debilitating condition of the leg and ankle.

WHEREFORE, Plaintiff Jordan Queen prays for judgment against Defendants W.I.C., Inc. and Dunham's Athleisure Corporation in an amount in excess of Seventy-Five Thousand

Dollars ($75,000.00), together with costs herein expended, and for such other and further relief as this Court deems just and proper.

## COUNT II – NEGLIGENCE
### (W.I.C. and Dunham's Athleisure Corporation)

18. Plaintiff incorporates the allegations of paragraphs 6 through 12 as if fully set forth herein.

19. Defendants W.I.C., Inc., and Dunham's Athleisure Corporation owed foreseeable users such as Plaintiff a duty of care in manufacturing, designing, promoting, marketing and selling The Scout tree stand.

20. Defendants breached that duty in that The Scout tree stand was in a defective and unreasonably dangerous condition when put to a reasonably anticipated use, to wit:

   a. The tree stand was defectively designed in that it bent under the weight of the user and gear despite the product being rated by the manufacturer for a weight capacity well in excess of that of the user and gear;

   b. The tree stand provided warnings and instructions that failed to adequately warn the user of the bending hazard;

21. Defendants knew or should have known of the defective and unreasonably dangerous condition of the product and were negligent in the manufacture, design, promotion, marketing and sale of The Scout tree stand.

22. As a direct and proximate cause of the defective condition of the tree stand, the tree stand bent, causing Plaintiff to fall.

23. As a result of the fall, Plaintiff sustained serious injuries, to include breaking both bones in his right leg, shattering his right ankle, and causing ligament, tendon, and joint damage. Plaintiff has suffered substantial pain and suffering and will in the future continue to experience

pain and suffering. Plaintiff's injury was debilitating and has resulted in a permanent impairment. Plaintiff has sustained substantial medical expenses in the treatment of his injuries and will continue to accrue medical expenses in the future. Plaintiff has also lost wages and will continue to lose wages in the future due to the debilitating condition of the leg and ankle.

WHEREFORE, Plaintiff Jordan Queen prays for judgment against Defendants W.I.C., Inc. and Dunham's Athleisure Corporation in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), together with costs herein expended, and for such other and further relief as this Court deems just and proper.

**COUNT III – NEGLIGENT MISREPRESENTATION**
**(W.I.C., Inc. and Dunham's Athleisure Corporation)**

24. Plaintiff incorporates the allegations of paragraphs 6 through 12 as if fully set forth herein.

25. Defendants W.I.C., Inc., and Dunham's Athleisure Corporation owed foreseeable users such as Plaintiff a duty of care in providing true and accurate information about The Scout in the course of promoting, marketing and selling the product.

26. Defendants made a material representation to Plaintiff The Scout tree stand had a rated weight capacity for users and gear of 500 pounds.

27. Plaintiff justifiably relied on that representation in deciding to use The Scout tree stand, believing the stand to be of sufficient weight capacity for Plaintiff and his gear.

28. It was untrue the rated weight capacity for users and equipment for The Scout was 500 pounds.

29. Defendants were careless and negligent in failing to ascertain the truth of the statement made that The Scout had a rated weight capacity for users and equipment of 500 pounds.

5

30. As a direct and proximate cause of Defendants' carelessness and negligence the ladder of The Scout tree stand bent under the weight of the Plaintiff, causing him to fall.

31. As a result of the fall, Plaintiff sustained serious injuries, to include breaking both bones in his right leg, shattering his right ankle, and causing ligament, tendon, and joint damage. Plaintiff has suffered substantial pain and suffering and will in the future continue to experience pain and suffering.  Plaintiff's injury was debilitating and has resulted in a permanent impairment.  Plaintiff has sustained substantial medical expenses in the treatment of his injuries and will continue to accrue medical expenses in the future.  Plaintiff has also lost wages and will continue to lose wages in the future due to the debilitating condition of the leg and ankle.

WHEREFORE, Plaintiff Jordan Queen prays for judgment against Defendants W.I.C., Inc. and Dunham's Athleisure Corporation in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), together with costs herein expended, and for such other and further relief as this Court deems just and proper.

        ONDER, SHELTON, O'LEARY & PETERSON, LLC

By: /s/ Mark Niemeyer
Mark Niemeyer, #6295647
W. Wylie Blair, #6285762
110 E. Lockwood, Suite 200
St. Louis, MO  63119
(314) 963-9000 (Telephone)
(314) 963-1700 (Fax)
niemeyer@onderlaw.com
blair@onderlaw.com

*Attorneys for Plaintiff Jordan Queen*