AUG 2 0 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *JORDAN QUEEN,* | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 3:14-cv-00519 |
| *W.I.C., INC., d/b/a SNIPER TREESTANDS, et al.,* | ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANT W W INDUSTRIAL CORP.'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES ON PERSONAL JURISDICTION

Defendant W W Industrial Corp. (improperly identified as W.I.C., Inc. d/b/a Sniper Treestands) submits the following answers and objections to plaintiff's First Interrogatories on Personal Jurisdiction pursuant to Rule 33 of the Federal Rules of Civil Procedure:

1. Please list the results of W W Industrial Corp.'s "dealer locator searches" for every area code in the State of Illinois, i.e., 618, 217, 309, 708, 331, 630, 779, 815, 224, 847, 773, 312, and 872, to include the dealer's name, address, and phone number.

**ANSWER:** None.

2. Please list W W Industrial Corp.'s "multiple dealers throughout the U.S. and Canada" by name, address, and phone number, along with all former dealers, and provide the timeframe during which each has been/was a dealer.

**ANSWER: W W Industrial Corp. objects to this interrogatory in that it requests information about dealers located outside of Illinois and is therefore overbroad, burdensome, oppressive, and not reasonably calculated to lead to the discovery of admissible evidence. There are no dealers for W W Industrial Corp. located in Illinois.**

3. For each of the dealers identified in response to interrogatories 1 and 2 located in Illinois, please identify all products W W Industrial Corp. shipped to, sold to, or distributed to

1

5344669.2

PLAINTIFF'S EXHIBIT A

  c. Unknown. Thomas Quiring is not presently an agent, employee, or representative of W W Industrial Corp.

  d. Nathan Stieren would not be surprised that a W W Industrial Corp. product might have been sold and used for hunting in Illinois since Menards is one of its customers that maintains retail outlets in Illinois. Nevertheless, the fact remains W W Industrial Corp. does not know whether a specific product distributed to Menards will be sold or used in Illinois since W W Industrial Corp. only ships products to Menards' distribution centers and does not know the products' ultimate destination.

  e. Nathan Stieren would not be surprised that a W W Industrial Corp. product might have been sold and used for hunting in Illinois since Menards is one of its customers that maintains retail outlets in Illinois. Nevertheless, the fact remains W W Industrial Corp. does not know whether a specific product distributed to Menards will be sold or used in Illinois since W W Industrial Corp. only ships products to Menards' distribution centers and does not know the products' ultimate destination.

14. Please identify all Illinois companies and Illinois residents with which W W Industrial Corp. has contracted from 2003 to 2014, and state the nature of the contract and when it was entered.

**ANSWER:** None for the time period 2010 to the present. Companies with whom W W Industrial contracted prior to 2010 is unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

15. Please identify all companies known to W W Industrial Corp. to have Illinois retail locations with which W W Industrial Corp. has contracted with for the sale of W W Industrial Corp. goods from 2003 to present and state the amount of sales each year to each.

**ANSWER:** W W Industrial Corp. contracted with Dunham's for the sale of W W Industrial Corp. goods from 2010 to 2013 and has contracted with Menards for the sale of W W Industrial Corp. goods since 2012. The number of products shipped to Dunham's and Menards that are sold from Illinois retail locations is unknown since W W Industrial Corp. only ships products to Dunham's and Menards' distribution centers and does not know the products' ultimate destination. Additionally, simply because a particular type of

6

product might be shipped to a customer with Illinois retail locations does not mean the customer sells the product from Illinois retail locations since customers do not necessarily sell every product at every one of their stores.

The number of products shipped to Dunham's from 2010 to 2013 is as follows:

2010 – 18,054 units
2011 – 44,364 units
2012 – 40,285 units
2013 – 39,156 units

The number of products shipped to Menards' from 2012 to 2014 is as follows:

2012 – 29,996 units
2013 – 30,363 units
2014 – 9,600 units

Companies with whom W W Industrial contracted prior to 2010 that have retail locations in Illinois are unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

16. Please identify by name, address, and phone number all manufacturer's representatives W W Industrial Corp. has ever had that cover(ed) territory in Illinois, along with the timeframe during which they were W W Industrial Corp.'s manufacturer's representative.

**ANSWER:** None for the time period 2010 to the present. Manufacturers' representatives W W Industrial utilized prior to 2010 are unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

17. If W W Industrial Corp. has hosted or any of its employees or agents have attended any trade shows or conventions or made any marketing or sales presentations or sales trips in Illinois, please state the name and date of the trade show or convention, the date of the marketing or sales presentation, the dates of any sales trips, and where and to whom each of the foregoing was made, along with the identities of the employee(s) or agent(s) in attendance and corresponding sales figures for product sales flowing therefrom.

**ANSWER:** W W Industrial Corp. has not hosted, nor have any of its employees or agents attended, any trade shows or conventions or made any marketing or sales

7

presentations or sales trips in Illinois for the time period 2010 to the present. Whether W W Industrial Corp. hosted or any of its employees or agents attended any such events prior to 2010 is unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

18. Please identify each individual, dealer, retailer, or company that W W Industrial Corp. sent a "media kit" or "point of purchase material" to in Illinois for each year from 2003 to 2014 and describe the product(s) to which it pertained and the date(s) sent.

ANSWER: None for the time period 2010 to the present. The number of "media kits" or "point of purchase materials" sent to Illinois prior to 2010 is unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

19. Please identify by name, model number, UPC, price, and date of sale all products sold through any catalog or website owned or operated by W W Industrial Corp. directly to consumers in Illinois, along with the domain name if through a website.

ANSWER: None for the time period 2010 to the present. The number of products sold to Illinois consumers prior to 2010 through any catalog or website W W Industrial Corp. owned or operated is unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

20. Please state the number of complaints and/or customer service calls received from individuals, dealers, retailers, or businesses in the State of Illinois, and the product to which each pertained.

ANSWER: W W Industrial does not track where complaints or service calls originate, but to the best of its knowledge and belief, no complaints or customer service calls were received from Illinois for the time period 2010 to the present. The number of complaints or customer service calls received prior to 2010 is unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

21. Please identify all of W W Industrial Corp.'s manufacturer's representative agencies historically and at present with territory in the State of Illinois, state the timeframe during which each has been W W Industrial Corp.'s manufacturer's representative agency, set

forth each agency's yearly sales of W W Industrial Corp.'s products to individuals or business in Illinois, identify the sales representative(s) covering Illinois territory, and explain the terms of the business arrangement with each, including the financial arrangement, employee compensation terms, product and/or educational training W W Industrial provides, instruction W W Industrial provides with respect to product sales, and marketing and promotional support W W Industrial provides.

**ANSWER: W W Industrial Corp. has not had any manufacturers' representatives in Illinois since 2010. Manufacturers' representatives W W Industrial utilized prior to 2010 are unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.**

22. Identify all past and present parent companies, subsidiaries, and sister companies of W W Industrial, Corp., along with the dates of incorporation and dissolution, and state the corporate relationship between each and the nature of the business they transact among one another.

**ANSWER: None.**

23. If W W Industrial Corp., has ever been a party to a lawsuit or administrative proceeding in any court in Illinois, state the jurisdiction, style of the case, whether lack of personal jurisdiction was asserted as a defense, and the court's ruling if asserted.

**ANSWER: W W Industrial has not been a party to a lawsuit or administrative proceeding in Illinois since 2010. Whether W W Industrial was involved in a lawsuit or administrative proceeding prior to 2010 is unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.**

24. Identify all publications W W Industrial Corp. has advertised its brand or products in, along with the state whose residents each publication was "primarily directed."

**RESPONSE: W W Industrial Corp. has not advertised its brand or products in publications such as popular or trade magazines or journals. W W Industrial Corp. has advertised in catalogs that it provides to buyers at annual meetings.**

9