



# SNIPER TREE STANDS

VIEW CART | CONTACT | Search...

Home | Products | Customer Service | Dealer Services | Trophy Room

**Dealer Locator**

Sniper Treestands has multiple dealers throughout the continental U.S. and Canada. We do not have access to current inventories, but if you complete the information below, our customer service department will reply to your email with dealer information for your area.

Name (*)
Street Address
City (*)
State/Province   Alaska
Email Address (*)

Our dealer locator searches by the AREA CODE of the telephone number for the region you want to search.

Area Code to search (*)

[ Submit ]

Home | Products | Customer Service | Dealer Services | Trophy Room

Felton Court, Suite 116 | Apple Valley MN 55124 | Phone: 952-955-9263 | info@snipertreestands.com

© 2014 Sniper Treestands - All Rights Reserved. | Catalog Request | Privacy Policy | Site Map