

PLAINTIFF'S EXHIBIT
D

Patricia K. Pollmann

**From:** robert kohlenberger <normkohl@att.net>
**Sent:** Saturday, July 12, 2014 7:22 AM
**To:** customer.service@snipertreestands.com
**Subject:** Sniper Product Registration

PRODUCT PURCHASED::6/12/2014

MODEL NUMBER::stls51
SERIAL NUMBER: 3307600744/js

OWNER'S NAME::robert kohlenberger
STREET ADDRESS::13 starlight drive
CITY::belleville
STATE/PROV:Illinois
ZIP/POSTAL CODE::62226

EMAIL ADDRESS::normkohl@att.net
PHONE::618-234-4929
OWNERS AGE (OPTIONAL)::
SEX (OPTIONAL)::

DATE PURCHASED::6/12/2014
PURCHASED FROM::bass pro

HOW DID YOU HEAR ABOUT US?:WEBSITE
OTHER, PLEASE EXPLAIN::
ARE YOU A::BOTH
TREESTAND PREFERENCE::LADDERSTAND
WILL YOU USE THE SAFETY HARNESS PROVIDED OR A DIFFERENT BRAND?:different IF DIFFERENT, WHICH BRAND & MODEL?:hunter safety systems

1

WWIC - 0001