UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *JORDAN QUEEN,* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-00519 |
| | ) |
| *W.I.C., INC., d/b/a SNIPER* | ) |
| *TREESTANDS, et al.,* | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT W W INDUSTRIAL CORP.'S FIRST SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES ON PERSONAL JURISDICTION

Defendant W W Industrial Corp. (improperly identified as W.I.C., Inc. d/b/a Sniper Treestands) submits the following supplemental answers and objections to plaintiff's First Interrogatories on Personal Jurisdiction pursuant to Rule 26(e) of the Federal Rules of Civil Procedure:

2.      Please list W W Industrial Corp.'s "multiple dealers throughout the U.S. and Canada" by name, address, and phone number, along with all former dealers, and provide the timeframe during which each has been/was a dealer.

**ANSWER:  W W Industrial Corp. objects to this interrogatory in that it requests information about dealers located outside of Illinois and is therefore overbroad, burdensome, oppressive, and not reasonably calculated to lead to the discovery of admissible evidence.  There are no dealers for W W Industrial Corp. located in Illinois.**

**FIRST SUPPLEMENTAL ANSWER:  In addition to its prior answer, W W Industrial Corp. states its customers with retail locations located in Illinois since 2010 were Bass Pro Shops, Buchheit, Dunham's Sports, Scheels All Sports, and Menards.  W W Industrial Corp. delivered products to Bass Pro Shops from 2010 to 2012, to Buchheit from 2010 to 2011, to Dunham's Sports from 2010 to 2013, to Scheels All Sports from 2010 to 2011, and to Menards from 2012 to 2014.**

1



e.   Menards

   2012 – 29,996 units
   2013 – 30,363 units
   2014 – 9,600 units

The number of products shipped to these customers that are sold from the customers' Illinois retail locations is unknown since W W Industrial Corp. only ships products to customers' distribution centers and does not know the products' ultimate destination. Additionally, simply because a particular type of product might be shipped to a customer with Illinois retail locations does not mean the customer sells the product from Illinois retail locations since customers do not necessarily sell every product at every one of their stores.

Customers to whom W W Industrial Corp. shipped product prior to 2010 that have retail locations in Illinois are unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

W W Industrial Corp. objects to producing information about customers without Illinois retail locations on the grounds that such information is overbroad, burdensome, oppressive, and not reasonably calculated to lead to the discovery of admissible evidence.

7.   Please state W W Industrial Corp.'s gross sales revenues for sales to any and all companies or individuals from 2003 to 2014, as well as yearly sales totals for each year from 2003 to 2014 limited to products sold or shipped to individuals or companies in Illinois.

ANSWER:  W W Industrial Corp. objects to this interrogatory because its gross sales revenue is private and confidential commercial information whose production would cause W W Industrial Corp. to experience annoyance, oppression, and undue burden.

With respect to total products W W Industrial Corp. shipped from 2010 to 2014, those numbers are as follows:

   2010 – 89,874 units
   2011 – 119,861 units
   2012 – 98,503 units
   2013 – 40,380 units
   2014 – 24,683 units (this figure is subject to change and will be updated at the
          time of a corporate representative deposition)

5523855.1

The total number of products shipped to customers' Illinois distribution centers during the same time period is as follows:

2012 – 8,954 units
2013 – 8,779 units
2014 – 3,840 units (this figure is subject to change and will be updated at the time of a corporate representative deposition)

FIRST SUPPLEMENTAL ANSWER:  In addition to its prior answer and objections, W W Industrial Corp. states the following products were sold per year since 2010 to customers with Illinois retail locations:

a.      Bass Pro Shops

2010 – 1,890 units
2011 – 24,117 units
2012 – 5,780 units

b.      Buchheit

2010 – 1,580 units
2011 – 850 units

c.      Dunham's Sports

2010 – 18,054 units
2011 – 44,364 units
2012 – 40,285 units
2013 – 39,156 units

d.      Scheels All Sports

2010 – 4,548 units
2011 – 3,048 units

e.      Menards

2012 – 29,996 units
2013 – 30,363 units
2014 – 9,600 units

The number of products shipped to these customers that are sold from the customers' Illinois retail locations is unknown since W W Industrial Corp. only ships products to customers' distribution centers and does not know the products' ultimate destination.  Additionally, simply because a particular type of product might be shipped to

9

a customer with Illinois retail locations does not mean the customer sells the product from Illinois retail locations since customers do not necessarily sell every product at every one of their stores.

Customers to whom W W Industrial Corp. shipped product prior to 2010 that have retail locations in Illinois are unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

15.    Please identify all companies known to W W Industrial Corp. to have Illinois

retail locations with which W W Industrial Corp. has contracted with for the sale of W W

Industrial Corp. goods from 2003 to present and state the amount of sales each year to each.

ANSWER:  W W Industrial Corp. contracted with Dunham's for the sale of W W Industrial Corp. goods from 2010 to 2013 and has contracted with Menards for the sale of W W Industrial Corp. goods since 2012.  The number of products shipped to Dunham's and Menards that are sold from Illinois retail locations is unknown since W W Industrial Corp. only ships products to Dunham's and Menards' distribution centers and does not know the products' ultimate destination.  Additionally, simply because a particular type of product might be shipped to a customer with Illinois retail locations does not mean the customer sells the product from Illinois retail locations since customers do not necessarily sell every product at every one of their stores.

The number of products shipped to Dunham's from 2010 to 2013 is as follows:

    2010 – 18,054 units
    2011 – 44,364 units
    2012 – 40,285 units
    2013 – 39,156 units

The number of products shipped to Menards' from 2012 to 2014 is as follows:

    2012 – 29,996 units
    2013 – 30,363 units
    2014 – 9,600 units

Companies with whom W W Industrial Corp. contracted prior to 2010 that have retail locations in Illinois are unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

FIRST SUPPLEMENTAL ANSWER:  In addition to its prior answer, W W Industrial Corp. states it also contracted with Bass Pro Shops for the sale of W W Industrial Corp. goods from 2010 to 2012, with Buchheit from 2010 to 2011, and with Scheels All Sports from 2010 to 2011.  The number of products shipped to Bass Pro Shops,

10

Buchheit, and Scheels All Sports that are sold from Illinois retail locations is unknown since W W Industrial Corp. only ships products to Bass Pro Shops', Buchheit's, and Scheels All Sports' distribution centers and does not know the products' ultimate destination.  Additionally, simply because a particular type of product might be shipped to a customer with Illinois retail locations does not mean the customer sells the product from Illinois retail locations since customers do not necessarily sell every product at every one of their stores.

    a.      Bass Pro Shops

          2010 – 1,890 units
          2011 – 24,117 units
          2012 – 5,780 units

    b.      Buchheit

          2010 – 1,580 units
          2011 – 850 units

    c.      Scheels All Sport

          2010 – 4,548 units
          2011 – 3,048 units

Companies with whom W W Industrial Corp. contracted prior to 2010 that have retail locations in Illinois are unknown since Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.