

*America's Leader In Tree Stand Technology*

# CLIMBING TREESTANDS
## INSTALLATION & USAGE INSTRUCTIONS

# PLATEFORMES DE CHASSE
## GUIDE D'INSTALLATION ET D'UTILISATION

**ACL205-A** • Bowhunter   **ACL305-A** • Star
**ACL300-A** • Marksman   **ACL405-A** • Grand Slam Extreme
**ACL303-A** • Crusader

## ATTENTION!!
### WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE!
### THE INFORMATION CONTAINED IN THESE MESSAGES CAN SAVE YOUR LIFE!!

**PLEASE NOTE THAT** ⚠ **WARNING!** statements have been placed throughout this Instruction Manual. These statements point out important safety information and instructions, which, if not followed could endanger the personal safety and/or property of the operator. It is imperative that the operator of this product, or any other product(s) read and follow all the instructions and warnings contained in this Manual prior to attempting to use this product(s), or any other product(s). Failure to comply with these instructions and/or warnings may result in serious personal injury or death!

## ATTENTION!!
### QUAND VOUS VOYEZ UN «⚠ AVERTISSEMENT!» VOUS DEVEZ TENIR COMPTE DU MESSAGE!
### LES INFORMATIONS CONTENUES DANS CES MESSAGES PEUVENT VOUS SAUVER LA VIE!!

**VEUILLEZ NOTER QUE DES** ⚠ **AVERTISSEMENT!** ont été insérés dans ce guide d'utilisation. Ces avertissements contiennent d'importantes informations et instructions pour la sécurité et s'ils ne sont pas respectés, la sécurité et/ou la propriété de l'utilisateur peuvent être en danger. Il est important que l'utilisateur de ce produit, ou de tout autre lise et suive toutes les instructions et ave rtissements contenus dans ce guide avant d'utiliser ces produits. Le défaut de respecter ces instructions et/ou avertissements peut conduire à de sérieuses blessures ou la mort!



TREESTAND MANUFACTURERS ASSOCIATION

This Instruction Manual complies with the Treestand Manufacturers Association's TMS 04 - *Standard Practice for Treestand Instructions* and TMS 02 - *Standard Test Method for Treestand Fall Arrest Systems*

Ce guide d'utilisation est conforme à TMS 04 -- Pratiques standard pour instructions pour plateforme de chasse d'essai standard pour systèmes antichute pour plateforme de chasse de l'association des fabricants de platefor

Third Edition, April 2013. Published by W.I.C., Inc., Windom, Minnesota
© 2013 W.I.C., Inc. All rights reserved

