


# INSTRUCTION MANUAL

## the scout

## Model STLS41

### ATTENTION!!
### WHEN YOU SEE A "⚠ WARNING!" BE SURE TO HEED THE MESSAGE!
### THE INFORMATION CONTAINED IN THESE MESSAGES
### CAN SAVE YOUR LIFE!!

**PLEASE NOTE THAT** ⚠ WARNING! statements have been placed throughout this Instruction Manual. These statements point out important safety information and instructions, which, if not followed could endanger the personal safety and/or property of the operator. It is imperative that the operator of this product, or any other product(s) read and follow all the instructions and warnings contained in this Manual prior to attempting to use this product(s), or any other product(s). Failure to comply with these instructions and/or warnings may result in serious personal injury or death!

 This Instruction Manual complies with the Treestand Manufacturers Association's TMS 04 - *Standard Practice for Treesta[nd]*
TMS 02 - *Standard Test Method for Treestand Fall Arrest Systems*

First Edition, April 2013. Published by W.I.C., Inc., Windom, Minnesota.
© 2013 W.I.C., Inc. All rights reserved.

