

# API Outdoors®
### America's Leader In Tree Stand Technology

**PRODUCT 2013 CATALOG**

PLAINTIFF'S EXHIBIT I

WWIC - 0189



WWIC - 0204