

P.O. BOX 352 1820 N. Redding Ave.
Windom, MN 56101
Phone: 507-831-2540 Fax: 507.831.4249

| OFFICE USE ONLY | |
|---|---|
| CREDIT TERMS | |
| CREDIT LIMIT | |
| DATE APPROVED | |
| ACCOUNT # | |
| PRICE LEVEL | |
| ORDER DEPT. NOTIFIED | |

EXHIBIT 14
10·28·14

## CREDIT APPLICATION AND PURCHASE TERMS AGREEMENT

TO APPLY FOR A WORLDWIDE INDUSTRIAL CORPORATION, INC ACCOUNT, PLEASE SUBMIT ALL OF THE FOLLOWING INFORMATION:
1. This application must be completed and signed by an officer/owner of the company
2. A copy of your business/state sales tax license.
3. Proof of Business Status (business card, copy of phonebook listing, newspaper ad, store front photograph, etc)

TO ENSURE PROPER PROCESSING, THIS FORM MUST BE COMPLETED IN IT'S ENTIRETY.

**BUSINESS INFORMATION**

| COMPANY NAME: | |
|---|---|
| BILLING ADDRESS: | |
| CITY, STATE, ZIP: | |
| SHIPPING ADDRESS: | |
| CITY, STATE, ZIP: | |
| BUSINESS PHONE: | BUSINESS/TAX LICENSE # |
| BUSINESS FAX: | FEDERAL IDENTIFICATION # |
| WEBSITE ADDRESS: | |
| TYPES OF PRODUCTS SOLD | |
| NUMBER OF YEARS IN BUSINESS | # OF EMPLOYEES ___ FULL TIME ___ PART TIME |
| TYPE OF BUSINESS | ☐ PROPRIETORSHIP  ☐ PARTNERSHIP  ☐ CORPORATION  ☐ OTHER ___ |
| BUSINESS LOCATION: | ☐ PART OF HOME  ☐ BLDG ON PREMISES  ☐ COMMUNITY BLDG |
| TOTAL RETAIL SPACE (sq ft) | BUSINESS HOURS: |
| ANNUAL SALES | AVERAGE INVENTORY DOLLARS: |
| TRADE ORGANIZATION MEMBERSHIPS | |

**OWNERSHIP INFORMATION**

| (NAME) | (TITLE) | (RESIDENCE ADDRESS) | (PHONE) |
|---|---|---|---|
| (NAME) | (TITLE) | (RESIDENCE ADDRESS) | (PHONE) |

Has the company or any of its principals/owners and or guarantors been involved in a bankruptcy proceeding?  ☐ YES  ☐ NO

If Yes, please describe the circumstances:

**CONTACT INFORMATION**

| OWNER NAME: | |
|---|---|
| BUYER NAME AND CONTACT # | |
| BUYER EMAIL: | |
| ACCOUNTS PAYABLE NAME AND CONTACT: | |
| ACCOUNTS PAYABLE EMAIL: | |

WORLDWIDE INDUSTRIAL CORP. - ACCOUNT APPLICATION



PLAINTIFF'S EXHIBIT J

COMPLETION DOES NOT GUARANTEE CREDIT TERMS