

P.O. BOX 352 1820 N. Redding Ave.
Windom, MN 56101
Phone: 507-831-2540 Fax: 507.831.4249

| OFFICE USE ONLY | |
|---|---|
| CREDIT TERMS | |
| CREDIT LIMIT | |
| DATE APPROVED | |
| ACCOUNT # | |
| PRICE LEVEL | |
| ORDER DEPT. NOTIFIED | |

EXHIBIT
28
10-28-14

## CREDIT APPLICATION AND PURCHASE TERMS AGREEMENT

TO APPLY FOR A WORLDWIDE INDUSTRIAL CORPORATION, INC ACCOUNT, PLEASE SUBMIT ALL OF THE FOLLOWING INFORMATION

1. This application must be completed and signed by an officer/owner of the company
2. A copy of your business/state sales tax license.
3. Proof of Business Status (business card, copy of phonebook listing, newspaper ad, store front photograph, etc)

*TO ENSURE PROPER PROCESSING, THIS FORM MUST BE COMPLETED IN IT'S ENTIRETY.*

### BUSINESS INFORMATION

| COMPANY NAME: | |
|---|---|
| BILLING ADDRESS: | |
| CITY, STATE, ZIP: | |
| SHIPPING ADDRESS: | |
| CITY, STATE, ZIP: | |
| BUSINESS PHONE: | BUSINESS/TAX LICENSE # |
| BUSINESS FAX: | FEDERAL IDENTIFICATION # |
| WEBSITE ADDRESS: | |
| TYPES OF PRODUCTS SOLD | |
| NUMBER OF YEARS IN BUSINESS | # OF EMPLOYEES _____ FULL TIME _____ PART TIME |
| TYPE OF BUSINESS | ☐ PROPRIETORSHIP  ☐ PARTNERSHIP  ☐ CORPORATION  ☐ OTHER_____ |
| BUSINESS LOCATION: | ☐ PART OF HOME  ☐ BLDG ON PREMISES  ☐ COMMUNITY BLDG |
| TOTAL RETAIL SPACE (sq ft) | BUSINESS HOURS: |
| ANNUAL SALES | AVERAGE INVENTORY DOLLARS: |
| TRADE ORGANIZATION MEMBERSHIPS | |

### OWNERSHIP INFORMATION

| (NAME) | (TITLE) | (RESIDENCE ADDRESS) | (PHONE) |
|---|---|---|---|
| (NAME) | (TITLE) | (RESIDENCE ADDRESS) | (PHONE) |

Has the company or any of its principals/owners and or guarantors been involved in a bankruptcy proceeding?   ☐ YES   ☐ NO
If Yes, please describe the circumstances:

### CONTACT INFORMATION

| OWNER NAME: | |
|---|---|
| BUYER NAME AND CONTACT # | |
| BUYER EMAIL: | |
| ACCOUNTS PAYABLE NAME AND CONTACT: | |
| ACCOUNTS PAYABLE EMAIL: | |

PLAINTIFF'S
EXHIBIT
L

WORLDWIDE INDUSTRIAL CORP. - ACCOUNT APPLICATION

COMPLETION DOES NOT GUARANTEE CREDIT TERMS

## CERTIFICATION OF TAX EXEMPTION STATUS

NATURE OF BUSINESS: 

TYPE OF EXEMPTION (CIRCLE EXEMPTIONS REASON CODE)

| CODE | DESCRIPTION |
|---|---|
| A | AGRICULTURAL OR INDUSTRIAL PRODUCTION |
| B | DIRECT PAY ENTER DP# |
| C | EXEMPT ORGANIZATION ENTER ES# OR TYPE OF GROUP |
| D | MOTOR CARRIER DIRECT PAY ENTER MCDP# |
| E | MULTIPLE POINTS OF USE |
| F | PERCENTAGE EXEMPTION ☐ ADVERTISING (ENTER PERCENTAGE) _____ %   ☐ UTILITIES (ENTER PERCENTAGE _____ % |
| G | RESALE |
| H | RESOURCE RECOVERY FACILITY ENTER CN# |
| I | OTHER ENTER TITLE |

## TRADE REFERENCES & CREDIT REQUEST

PAYMENT TERMS REQUESTED: ☐ PRE-PAYMENT   ☐ OPEN CREDIT; AMOUNT REQUESTED $_____

### TRADE REFERENCES (MUST BE IN THE HUNTING INDUSTRY)

| NAME | | | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| PHONE # | | FAX # | | | ITEMS PURCHASED |
| TERMS | ☐ C.O.D./PRE-PAYMENT | | ☐ OPEN CREDIT; AMOUNT $_____ | | |

| NAME | | | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| PHONE # | | FAX # | | | ITEMS PURCHASED |
| TERMS | ☐ C.O.D./PRE-PAYMENT | | ☐ OPEN CREDIT; AMOUNT $_____ | | |

| NAME | | | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| PHONE # | | FAX # | | | ITEMS PURCHASED |
| TERMS | ☐ C.O.D./PRE-PAYMENT | | ☐ OPEN CREDIT; AMOUNT $_____ | | |

| NAME | | | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| PHONE # | | FAX # | | | ITEMS PURCHASED |
| TERMS | ☐ C.O.D./PRE-PAYMENT | | ☐ OPEN CREDIT; AMOUNT $_____ | | |

### BANK REFERENCES

| NAME | | | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| PHONE # | | FAX # | | | CONTACT PERSON |
| ACCOUNT TYPE | | ☐ LOAN | ☐ CHECKING | ☐ SAVINGS | ☐ LINE OF CREDIT |

| NAME | | | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| PHONE # | | FAX # | | | CONTACT PERSON |
| ACCOUNT TYPE | | ☐ LOAN | ☐ CHECKING | ☐ SAVINGS | ☐ LINE OF CREDIT |

WORLDWIDE INDUSTRIAL CORP. - ACCOUNT APPLICATION                    COMPLETION DOES NOT GUARANTEE CREDIT TERMS

**WHOLESALE DEALER ACCOUNT TERMS & CONDITIONS**

1. I hereby certify that I have the authority to apply for credit on behalf of Applicant(s) identified below and the Applicant(s) hereby authorize BGHA, INC. DBA BIG GAME TREESTANDS and/or WIC, INC. DBA REMINGTON TREESTANDS ("Creditor") to investigate Applicant(s) credit history, bank references and any other sources of information deemed necessary to extend credit as allowed by the Federal Credit Reporting Act and applicable State Law
2. All Sales are considered final. Returns, other than for defective product, are at the sole discretion of the creditor and require a Return Authorization Number (RA) from the creditor's Traffic Department. Returns for other than defective product will assess a 15% restocking fee; and revocation of any promotions, specials, or other offers redeemed because of original sale.
3. Credit Applicant agrees to pay invoices in accordance with the Creditor's terms of sale, which are Net 30 Days from date of invoice unless otherwise specified on the invoice.
4. Credit Apllicant(s) shall be responsible to pay Creditor a service charge of 1.5% per month (18% per annual) or the highest rate permitted by law, on any unpaid balance due over thirty (30) days.
5. Credit Applicant(s) is responsible for all costs of collection including reasonable attorney's fee incurred by creditor in collecting any amounts due it or enforcing its rights.
6. Credit Applicant(s) hereby gives a security interest to Creditor in all products purchased from the Creditor (now owned and hereafter acquired) to secure payment of any account balance owed.
7. Credit Applicant(s) affirms that all information herein together with all information submitted in connection with this application is true and accurate and that it will promptly notify Creditor if any information changes.
8. Credit Applicant(s) agrees to immediately notify Creditor's Traffic Department for all shortages, price discrepancies or freight disputes.
9. All new dealers are subject to $1000 minimum prepaid first order.
10. A $15.00 MINIMUM ORDER FEE will be added to all orders under $500.00
11. Credit Applicant(s) acknowledge that a service charge of $30 will be applied to each check returned for insufficient funds.
12. I/We give you our personal guarantee. For value received, including merchandise, services, or other valuable consideration, I hereby unconditionally guarantee at all times, full and prompt payment, upon demand, of any indebtedness which has been incurred under this agreement with BGHA, INC. and/or WIC, INC. I understand this to mean that I will personally guarantee payment of all debts and obligations under this agreement.

BGHA, Inc. and/or WIC, Inc. reserves the right to discontinue credit at any time without notice if above terms & conditions are not met or at the sole discretion of BGHA, Inc. and/or WIC, Inc.

_____
Company Name

_____
Please Print Name and Title

_____
Authorized Signature of Officer/Owner

_____
Date

_____
Social Security Number

_____
Phone Number