UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JORDAN QUEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:14-cv-00519 |
| ) | |
| W.I.C., INC. d/b/a SNIPER ) | JURY TRIAL DEMANDED |
| TREESTANDS, et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT W W INDUSTRIAL CORP.'S ANSWERS AND OBJECTIONS TO PLAINTIFF'S FIRST INTERROGATORIES

Defendant W W Industrial Corp. (improperly identified as W.I.C., Inc. d/b/a Sniper Treestands) submits the following answers and objections to plaintiff's First Interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure:

### INTERROGATORIES

1. State the name, current address and, if an employee of this defendant, the office held of each and every person providing all or any part of the answers to these Interrogatories.

   **ANSWER:** Nathan Stieren
   Chief Executive Officer
   W W Industrial Corp.
   14607 Felton Court, Suite 116
   Apple Valley, MN 55124

2. State whether or not, following the date of the occurrence, a statement, interview, or report, or a stenographic, mechanical, electrical, audio, video, motion picture, photograph or other recording, or transcription thereof, of the plaintiff, or of a statement made by plaintiff and contemporaneously recorded, has been secured from plaintiff or taken of plaintiff; and if so, state the following:



6. Is the model STLS41 treestand still being: (a) manufactured; (b) assembled; (c) packaged; (d) distributed; and/or (e) retailed? If not, for each activity state when and why that activity ceased.

**ANSWER:** **Yes.**

7. State whether this defendant from 2005 to present received any report, notice or complaint regarding any incident in which the model STLS41 or any other W W Industrial Corp. model treestand was involved in which it was alleged any part of the treestand bent or otherwise failed; if so, state:

    a) The model and/or make of the treestand;

    b) The name and part number of the component that bent or failed;

    c) Whether it was alleged to have caused or contributed to cause an injury;

    d) Time, date and location of the incident;

    e) Describe the incident including the use to which the treestand was put and the nature of the accident;

    f) State the name and address of each such injured person and a brief description of their injuries;

    g) Whether a claim or suit was filed as a result, and if so, the forum in which the suit was filed, and the name and address of each person or entity against whom the claim or suit was brought, along with the name and address of the plaintiff's attorney and law firm;

    h) The serial number or other identification number of the make or model of the treestand involved; and

    i) Identify any documents which relate to each such incident.

7

5584230.1

**ANSWER:** W W Industrial Corp. has not received any reports, notices, or complaints for the time period 2010 to the present alleging any part of a treestand sold or distributed by W W Industrial Corp. bent or otherwise failed. Information on reports, notices, or complaints received for the prior to 2010 is unknown because Nathan Stieren acquired W W Industrial Corp. in 2010 and does not have access to records before 2010.

8. State the name and address of the person currently or formerly employed by this defendant who possesses the greatest amount of knowledge regarding the model STLS41 treestands:

    a) Design;

    b) Manufacture;

    c) Marketing;

    d) Packaging;

    e) Product safety;

    f) Preparation of instructions or warnings;

    g) Distribution and/or selling; or

    h) Recall (whether in the way of actual recall or any contemplated or evaluated recall).

**ANSWER:** Nathan Stieren
Chief Executive Officer
W W Industrial Corp.
14607 Felton Court, Suite 116
Apple Valley, MN 55124

9. State each industry, trade or safety organization of which this defendant is a member.

**ANSWER:** W W Industrial Corp. is a member of the Treestand Manufacturers Association.

5584230.1