**MASTER RECORD SHEET**
**CIRCUIT COURT OF ST. CLAIR COUNTY**

Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6  Case Number  13L 449
Complete 4 if Small Claims Case.
Sections 3, 5 & 6 For Office Use Only.   Amount Claimed In excess of $50,000.00, Plus costs of this suit.

**1.**

JAMES R. ANGLES,

WIC, Inc.,
d/b/a Sniper Treestands,

vs

PLAINTIFF'S EXHIBIT
N

Plaintiff(s)                                                     Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix  L  Code  1    Nature of Action  L   Code  2

**2.** Pltf. Atty. Jon E. Rosenstengel, 6216770
Bonifield & Rosenstengel, P.C.
Address 16 East Main Street
City Belleville, IL 62220  Phone
Add. Pltf. Atty. 618/277-7740   Code
Is Personal Injury Involved
  ☒ Yes     ☐ No
Does Pltf. Demand A Jury Trial
  ☒ Yes     ☐ No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
**3.** NAME
    WIC, Inc.
    (d/b/a Sniper Treestands)
ADDRESS  1820 North Redding Ave.
    Windom, MN 56101
    (877-511-2540)
CITY & STATE

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS   Complete This Section For Small Claims

Please Set This Case For _____ Court Location _____ at _____ M. On _____ 20 __

**5.**
A. Is an insurance carrier involved?  ☐ Yes  ☒ No

B. If yes please give company name: _____

**6.**
A. Is there a minor involved?  ☐ Yes  ☒ No

B. If yes, will the appointment of a guardian Ad Litem be necessary  ☐ Yes  ☒ No

FILED
ST. CLAIR COUNTY
AUG 30 2013
CIRCUIT CLERK

SEE REVERSE FOR
CASE CLASSIFICATIONS AND CODES

EXHIBIT A

CC-MR-1

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| JAMES ANGLES, | ) |
| Plaintiff, | ) |
| vs. | ) No: 13L449 |
| WIC, Inc., a corporation, d/b/a Sniper Treestands, | ) |
| Defendant. | ) |



FILED
ST. CLAIR COUNTY
AUG 3 0 2013
CIRCUIT CLERK

**COMPLAINT**

**COUNT I**

**(Negligence)**

Now comes the plaintiff, James R. Angles, by and through his attorneys, Bonifield & Rosenstengel, P.C., and for his cause of action against the defendant, WIC, Inc, a corporation, d/b/a Sniper Treestands, hereinafter referred to as "WIC", respectfully represents unto the Court as follows:

1. The plaintiff, James R. Angles, is a citizen of Illinois.

2. The defendant, WIC, is a corporation with its principle place of business in Minnesota.

3. The defendant, WIC, is in the business of manufacturing, among other things, various treestands to be used for hunting.

4. In or about 2011, the defendant, WIC, designed, manufactured and delivered to its authorized dealer in Illinois, a certain Sniper treestand known as a 20' Stick Mode STCS20, and that said 20' Stick treestand was purchased by James Angles.

5. The 20' Stick treestand was at the time of its purchase by Mr. Angles in the same design and manufactured condition as it was at the time it left the possession and control of the defendant, WIC. It remained in the condition up to and including the time of an accident which occurred on September 4, 2011, in Dix, Marion County, Illinois.

6. On September 4, 2011, the plaintiff was using the 20' Stick treestand in its intended and foreseeable use and in conjunction with that use the plaintiff, James Angles, was on the treestand.

7. It was the duty of the defendant, WIC, to use reasonable care in the design and manufacture of the abovementioned 20' Stick treestand, but that duty notwithstanding committed one or more of the following acts and/or omissions which alone or in combination constitutes negligence:

    a. They negligently designed and manufactured the 20' Stick with inadequate materials that lacked the strength required to give it adequate support to the occupant of the Stick while it was being used in a foreseeable manner;

    b. They failed to warn of the dangerous condition and weakness of the Stick to warn users of the Stick it was made of inadequate material and would bend and/or break during foreseeable use;

    c. They failed to provide adequate strapping that would allow the Stick to remain attached to the tree during foreseeable use;

    d. They failed to provide an adequate safety harness and/or tether that would allow the user of the Stick to remain attached during a bending or breakage of the Stick.

8. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions on the part of the defendant, WIC, the 20' Stick bent and/or broke while the plaintiff was attempting to remove it from a tree causing the plaintiff to fall from the Stick to the ground causing injuries and damages as hereinafter set forth:

    a. He has incurred medical bills in the past and is likely to incur medical bills in the future;

    b. He has suffered lost wages;

    c. He has suffered pain in the past and is likely to suffer pain in the future;

    d. He has suffered a loss of normal life;

    e. He has suffered a fractured vertebrae at the T12 & L1 levels as well as a closed head injury with a cut on his forehead requiring 13 staples to close it.

Wherefore, plaintiff prays judgment against the defendant, WIC, for a fair and just award in excess of $50,000.00 (Fifty Thousand Dollars) plus costs of this suit.

## COUNT II

### (Strict Products Liability)

Now comes the plaintiff, James R. Angles, by and through his attorneys, Bonfield & Rosenstengel, P.C., and for his cause of action against the defendant, WIC, Inc, a corporation, d/b/a Sniper Treestands, hereinafter referred to as "WIC", respectfully represents unto the Court as follows:

1. The plaintiff, James Angles, is a citizen of Illinois.

2. The defendant, WIC, is a corporation with its principle place of business in Minnesota and is in the business of designing, manufacturing and selling, among other things, treestands and ladders for hunting.

3. The defendant, WIC, designed, manufactured and delivered to its authorized dealer in Centralia, Illinois, a certain Sniper treestand knows as a 20' Stick Model STCS20, and that said 20' Stick treestand was purchased by the plaintiff James Angles.

4. The 20' Stick treestand in question was at the time of its purchase by Mr. Angles in the same design and manufactured condition as it was at the time it left the possession and control of the defendant, WIC. It remained in the condition up to and including the time of an accident which occurred on September 4, 2011, in Dix, Marion County, Illinois.

5. On September 4, 2011, the plaintiff, James Angles, was using the 20' Stick treestand in its intended and foreseeable use while attempting to remove it from a tree.

6. The 20' Stick in question, which was being used by the plaintiff in a foreseeable manner at the time of the occurrence was at all times subsequent to its manufacture unreasonably dangerous and defective in that the Stick was made of inadequate materials with inadequate strength to support the weight of a person using the Stick for its intended purpose in that it was incapable of adequately supporting the weight of said users.

7. The 20' Stick in question was further unreasonably dangerous and defective in that it did not contain adequate strapping to keep the treestand attached to the tree.

8. As a direct and proximate result of the unreasonably dangerous and defective condition previously mentioned, the 20' Stick being used by the plaintiff, James Angles, bent and/or broke and collapsed while the plaintiff was using it in a foreseeable manner causing one of the top sections of the Stick to bend outward and collapsed causing the plaintiff's body to fall from the Stick causing serious and permanent injuries and damages both now and in the future as listed below:

   a. He has incurred medical bills in the past and is likely to incur medical bills in the future;

   b. He has suffered lost wages;

   c. He has suffered pain in the past and is likely to suffer pain in the future;

   d. He has suffered a loss of normal life;

   e. He has suffered a fractured vertebrae at the T12 & L1 levels as well as a closed head injury with a cut on his forehead requiring 13 staples to close it.

Wherefore, plaintiff prays judgment against the defendant, WIC, for a fair and just award in excess of $50,000.00 (Fifty Thousand Dollars) plus costs of this suit.

JAMES R. ANGLES,

By: _____
Jon E. Rosenstengel, 6416770
Suspense Account 17

LAW OFFICES
Bonifield & Rosenstengel, P.C.
16 East Main Street
Belleville, IL 62220
Ph: (618) 277-7740; 271-1414
Fx: (618) 277-5155
www.brlawfirm.com

PLAINTIFF DEMANDS TRIAL BY JURY.

PLAINTIFF REQUEST CLERK TO ISSUE SUMMONS:   WIC, Inc.
d/b/a Sniper Treestands
1820 North Redding Ave.
Windom, MN 56101