**3:13-cv-01018-JPG-SCW** Angles v. WIC, Inc.
J. Phil Gilbert, presiding
Stephen C. Williams, referral
Date filed: 10/01/2013
Date terminated: 04/28/2014
Date of last filing: 04/28/2014



PLAINTIFF'S EXHIBIT

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | Filed & Entered: | 10/01/2013 | Case Opened |
| 2 | Filed & Entered: | 10/01/2013 | Notice of Removal |
| 3 | Filed & Entered: | 10/03/2013 | Corporate Disclosure Statement |
| 4 | Filed & Entered: Terminated: | 10/14/2013 10/15/2013 | Motion to Appear Pro Hac Vice |
| 5 | Filed & Entered: | 10/15/2013 | Notice Striking Electronically Filed Documents |
| 6 | Filed & Entered: Terminated: | 10/15/2013 10/16/2013 | Motion to Appear Pro Hac Vice |
| 7 | Filed & Entered: | 10/16/2013 | Order on Motion to Appear Pro Hac Vice |
| 8 | Filed & Entered: | 11/01/2013 | Answer to Complaint |
| 9 | Filed & Entered: | 11/01/2013 | Notice of Appearance |
| 10 | Filed & Entered: | 11/14/2013 | Answer to Affirmative Defenses |
| 11 | Filed & Entered: | 12/06/2013 | CJRA Track |
| 12 | Filed & Entered: | 12/06/2013 | Notice of Scheduling and Discovery Conference |
| 13 | Filed & Entered: | 01/10/2014 | Status Conference |
| 14 | Filed & Entered: | 01/10/2014 | Scheduling Order |
| 15 | Filed & Entered: | 02/07/2014 | Status Conference |
| 16 | Filed & Entered: | 02/19/2014 | 60 Day Order |
| 17 | Filed & Entered: | 04/28/2014 | Judgment |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/15/2014 16:49:57 | | | |
| PACER Login: | os0244 | Client Code: | |
| Description: | History/Documents | Search Criteria: | 3:13-cv-01018-JPG-SCW |
| Billable Pages: | 1 | Cost: | 0.10 |