

Search for Cases by:  Select Search Method

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print

### 11AN-CV00139 - ANDREW BEACH V ERNEST ALEXANDER RUTLEDGE ETAL

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnish Exect |
|---|---|---|---|---|---|---|---|---|

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ⦿ Descending ◯ Ascending          Display Options: All Entries

---

**12/09/2014**      **Civil Motion Hearing Scheduled**
Scheduled For: 12/09/2014;  2:00 PM ;  HARVEY SHANE ALLEN;  Shannon

**Notice of Hearing Filed**
Notice of Hearing w Motion to Shorten Time; Electronic Filing Certificate of Service.
Filed By: JOSEPH PATRICK WINGET
On Behalf Of: ANDREW BEACH

**12/05/2014**      **Motion for Extension of Time**
Motion to Extend Time to Respond to Defendant Bass Pro Outdoor Online, LLC s Motion for Sur
Judgment Pursuant to Supreme Court Rule 74 04f; Affidavit of Joseph P Winget Pursuant to Sup
Court Rule 74 04f; Electronic Filing Certificate of Service.
Filed By: JOSEPH PATRICK WINGET
On Behalf Of: ANDREW BEACH

**12/02/2014**      **Notice**
Notice of Cancellation of Deposition of Joe Hall; Electronic Filing Certificate of Service.
Filed By: JOSEPH PATRICK WINGET
On Behalf Of: ANDREW BEACH

**10/30/2014**      **Notice to Take Deposition**
Amended Notice of Videotaped Deposition of Joe Hall; Exhibit A to Amended Notice of Videotap
Deposition of Joe Hall; Electronic Filing Certificate of Service.
Filed By: JOSEPH PATRICK WINGET
On Behalf Of: ANDREW BEACH

**10/28/2014**      **Memorandum Filed**
Correspondence to Judge Allen; Electronic Filing Certificate of Service. Memo forwarded to Judg
by email
Filed By: JOSEPH PATRICK WINGET
On Behalf Of: ANDREW BEACH



PLAINTIFF'S EXHIBIT
R

Plaintiff s Certificate of Service of Responses to 1st Interrogatories & 1st Request for Production Electronic Filing Certificate of Service.

**Filed By:** JOSEPH PATRICK WINGET

**On Behalf Of:** ANDREW BEACH

**09/30/2013**  **Receipt Filed**

Receipt of Payment of Fees - Pro Hac Vice - Mel Karfis; Electronic Filing Certificate of Service.

**Filed By:** THEODORE JOSEPH WILLIAMS JR

**On Behalf Of:** WORLD WIDE IND, WW INDUSTRIAL CORP, TOD QUIRING, NATHAN STIE BIG GAME TREE STANDS

**Receipt Filed**

Receipt of Payment of Fees; Electronic Filing Certificate of Service.

**Filed By:** THEODORE JOSEPH WILLIAMS JR

**Proposed Order Filed**

**Filed By:** THEODORE JOSEPH WILLIAMS JR

**Affidavit Filed**

**Filed By:** THEODORE JOSEPH WILLIAMS JR

**Motion for Apptmnt of Counsel**

Motion for Admission Pro Hac Vice; Affidavit of Mel Karfis; Proposed Order; Electronic Filing Cer of Service.

**Filed By:** THEODORE JOSEPH WILLIAMS JR

**On Behalf Of:** WORLD WIDE IND, WW INDUSTRIAL CORP, TOD QUIRING, NATHAN STIE BIG GAME TREE STANDS

**09/18/2013**  **Certificate of Service**

**Filed By:** THEODORE JOSEPH WILLIAMS JR

**09/16/2013**  **Certificate of Service**

**Filed By:** THEODORE JOSEPH WILLIAMS JR

**09/04/2013**  **Correspondence Filed**

**Filed By:** CHARLES BRADLEY TUCK

**Receipt Filed**

**Filed By:** CHARLES BRADLEY TUCK

**Entry of Appearance Filed**

**Filed By:** CHARLES BRADLEY TUCK

**Entry of Appearance Filed**

**Filed By:** CHARLES BRADLEY TUCK

**08/30/2013**  **Correspondence Filed**

**Entry of Appearance Filed**

**Answer Filed**

Defendant World Wide Industrial Corp., WE Industrial Copr Worldwide Industrial Inc Tod Quiring, Stieren and BGHA Inc's Anser to Plaintiff's Second Amended Petition
**Filed By:** THEODORE JOSEPH WILLIAMS JR

**08/26/2013**    **Receipt Filed**

**Entry of Appearance Filed**

**Entry of Appearance Filed**
Entry of Appearance of Visiting Attorney

**08/19/2013**    **Memorandum Filed**
**Filed By:** CHARLES BRADLEY TUCK

**Certificate of Service**
**Filed By:** CHARLES BRADLEY TUCK

**08/08/2013**    **Certificate of Service**
**Filed By:** JOSEPH PATRICK WINGET

**08/02/2013**    **Answer Filed**
Bass Pro Outdoor Online LLC's Answer to Second Amended Petition
**Filed By:** CHARLES BRADLEY TUCK

**Certificate of Service**
**Filed By:** CHARLES BRADLEY TUCK

**Memorandum Filed**
Filing Memo
**Filed By:** CHARLES BRADLEY TUCK

**07/09/2013**    **Agent Served**
Document ID - 13-SMCC-554; Served To - WW INDUSTRIAL CORP; Server - PRIVATE PROCE
SERVER; Served Date - 17-JUN-13; Served Time - 00:00:00; Service Type - Civil Process Serve
Reason Description - Served

**Agent Served**
Document ID - 13-SMCC-557; Served To - BIG GAME TREE STANDS; Server - PRIVATE PROC
SERVER; Served Date - 17-JUN-13; Served Time - 00:00:00; Service Type - Civil Process Serve
Reason Description - Served

**Summons Personally Served**
Document ID - 13-SMCC-556; Served To - STIEREN, NATHAN; Server - PRIVATE PROCESS S
Served Date - 17-JUN-13; Served Time - 00:00:00; Service Type - Civil Process Server; Reason
Description - Served

**Family Member/Roommate Served**
Document ID - 13-SMCC-555; Served To - QUIRING, TOD; Server - PRIVATE PROCESS SERV
Served Date - 17-JUN-13; Served Time - 00:00:00; Service Type - Civil Process Server; Reason
Description - Served

**Agent Served**

Scheduled For: 08/27/2012; 1:00 PM ; DAVID PAUL EVANS; Shannon

**Amended Notice of Hrng Filed**
    **Filed By:** JOSEPH PATRICK WINGET

| | |
|---|---|
| 08/14/2012 | **Notice of Hearing Filed**<br>    **Filed By:** JOSEPH PATRICK WINGET<br><br>**Motion for Leave**<br>Motion For Leave to File First Amended Petition filed.<br>    **Filed By:** JOSEPH PATRICK WINGET |
| 07/02/2012 | **Notice to Take Deposition**<br><br>**Notice to Take Deposition** |
| 01/11/2012 | **Certificate of Service** |
| 11/23/2011 | **Answer Filed**<br>    **Filed By:** STEPHEN HOWARD SNEAD |
| 11/07/2011 | **Certificate of Service**<br><br>**Answer Filed** |
| 09/28/2011 | **Summons Personally Served**<br>Document ID - 11-SMCC-568; Served To - RUTLEDGE, ERNEST ALEXANDER; Server - Shann County Sheriff's Department; Served Date - 26-SEP-11; Served Time - 00:00:00; Service Type - Department; Reason Description - Served<br><br>**Summons Personally Served**<br>Document ID - 11-SMCC-570; Served To - ALEX RUTLEDGE GUIDE SERVICE; Server - Shann County Sheriff's Department; Served Date - 26-SEP-11; Served Time - 00:00:00; Service Type - Department; Reason Description - Served<br><br>**Summons Personally Served**<br>Document ID - 11-SMCC-569; Served To - RUTLEDGE, LYNDA BIRD; Server - Shannon County Sheriff's Department; Served Date - 26-SEP-11; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served |
| 09/16/2011 | **Summons Issued-Circuit**<br>Document ID: 11-SMCC-570, for ALEX RUTLEDGE GUIDE SERVICE.<br><br>**Summons Issued-Circuit**<br>Document ID: 11-SMCC-568, for RUTLEDGE, ERNEST ALEXANDER.<br><br>**Summons Issued-Circuit**<br>Document ID: 11-SMCC-569, for RUTLEDGE, LYNDA BIRD.<br><br>**Certificate of Service**<br><br>**Pet Filed in Circuit Ct** |