UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *JORDAN QUEEN,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-00519 |
| ) | |
| *W.I.C., INC., d/b/a SNIPER* ) | |
| *TREESTANDS, et al.,* ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff Jordan Queen and defendant WW Industrial Corp. (improperly identified as

W.I.C., Inc. d/b/a Sniper Treestands), by and through their undersigned counsel, state the

following in support of their Joint Motion for Protective Order:

1.      Plaintiff Jordan Queen has propounded requests for production of documents and

interrogatories requesting documentation and information WW Industrial Corp. believes to be

trade secrets and/or other confidential research, development, competitive, or commercial

information.

2.      Plaintiff and WW Industrial Corp. request for this Court to enter a Protective

Order to facilitate disclosure of the documents and information plaintiff requested and to protect

WW Industrial Corp. from having confidential business information revealed.

3.      Defendant Dunham's Athleisure Corporation d/b/a Dunham's Sports has also

consented to entry of a Protective Order to protect WW Industrial Corp. against disclosure of

trade secrets and/or other confidential research, development, competitive, or commercial

information.

4.    The proposed Stipulated Protective Order is filed contemporaneously herewith the Court pursuant to Local Rule 15.1 and CM/ECF Section 2.10.

WHEREFORE, plaintiff Jordan Queen and defendant WW Industrial Corp. request this Court grant this motion and enter the Stipulated Protective Order and for such other and further relief as deemed just and necessary under the premises.

| ONDER, SHELTON, O'LEARY & PETERSON, LLC | SANDBERG PHOENIX & von GONTARD P.C. |
|---|---|
| By: _/s/ W. Wylie Blair_ | By: _/s/ Andrew D. Ryan_ |
| W. Wylie Blair, #6295647 | John S. Sandberg, #2451700 |
| 110 Lockwood, Suite 200 | Andrew D. Ryan, #6270539 |
| St. Louis, MO 63119 | 600 Washington Avenue – 15th Floor |
| (314) 963-9000 (Telephone) | St. Louis, MO 63101-1313 |
| (314) 963-1700 (Fax) | 314-231-3332 |
| blair@onderlaw.com | 314-241-7604 (Fax) |
| | jsandberg@sandbergphoenix.com |
| _Attorneys for Plaintiff_ | aryan@sandbergphoenix.com |
| _Jordan Queen_ | |
| | _Attorneys for Defendant_ |
| | _W W Industrial Corp._ |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 7, 2015, a copy of this document was filed electronically with the Clerk of the Court, using the Court's CM/ECF filing system, which is programmed to cause automated delivery of this document to all counsel of record in this case, to the following counsel of record:

James A. Harfst, Esq.
Law Office of James A. Harfst
7711 Bonhomme Av., Ste. 720
Clayton, MO 63105
Jim.Harfst@SA-Trial.com
_Attorneys for Defendant Dunham's Althleisure_
  _Corporation d/b/a Dunham's Sports_

_/s/ Andrew D. Ryan_