# *Scientific* TESTING LABORATORIES, INC.

2547 WELLER AVENUE
BATON ROUGE, LOUISIANA 70805
FEDERAL I.D. 72-0880423
Voice (225) 358-0648     www.scientifictesting.com     Fax (225) 358-0636
Email: riblessone06@yahoo.com

## WIC Model # STLS-41 Ladder Stand

| | |
|---|---|
| **Company:** | WIC |
| **Contact:** | Nathan Stieren |
| **Project:** | 22059 |
| **Date:** | Febuary 14, 2013 |

### Work Performed

A WIC Model # STLS-41 ladder stand was submitted for testing. The testing was performed in accordance to Treestand Manufacturers Association (TMA) test specifications.

### Summary

The submitted WIC Model # STLS-41 ladder stand **CONFORMED** to the following TMA requirements for a 500-pound load rating: TMS 01 Revision C (Standard Practice for Testing Treestand Load Capacity), TMS 05 Revision D (Standard Practice for Testing Ladder Treestand, Tripod Treestand and Climbing Stick Load Capacity), TMS 11-98 Revision D (Standard Test Method for Treestand Static Load Capacity), TMS 12-04 (Standard Test Method for Treestand Adherence and Static Stability), TMS 15-96 Revision C (Standard test Method for Repetitive Loading Capability), and TMS 17-04 (Standard Test Method for the Load Capacity of treestand Seats). Figure 1 shows the WIC Model # STLS-41 ladder stand submitted for testing.



Figure 1: A photograph of the WIC Model # STLS-41 ladder stand submitted for testing.

EXHIBIT 1

WWIC - 0111

# Results

### *Visual Examination*

#### Packaging and Contents

The WIC Model # STLS-41 ladder stand was packaged on a wooden pallet. There were no missing parts or components.

The WIC Model # STLS-41 ladder stand was removed from the wooden pallet. The individual components were received in good condition. Figure 2 shows the WIC Model # STLS-41 ladder stand on the wooden pallet. Figure 3 shows the WIC Model # STLS-41 ladder stand as received and in good condition.



Figure 3: A photograph of the WIC Model # STLS-41 ladder stand as received at Scientific Testing.

#### Assembly

The WIC Model # STLS-41 ladder stand required some assembly. Assembly time was approximately 30 minutes.

#### Workmanship

The construction of the ladder stand consisted of bolted and welded steel tube, expanded metal and flat bar. All components were finished with a gray coating.



Figure 2: A photograph of the WIC Model # STLS-41 ladder stand on the wooden pallet.

STL 22059
Page 3

## Mechanical Testing

### Seat Load Test:

The loads were applied through a TMA specified 10" X 10" plate. The loads were measured using a calibrated digital load cell. No indications of yielding occurred during the testing to a load of 750 pounds. Figures 4 and 5 show the seat testing. The load deflection readings are attached in Table 'A'.

**Seat conformed to TMA specifications.**



Figure 4: A photograph of the ladder stand seat load testing.



Figure 5: A photograph of the ladder stand seat load testing.

STL 22059
Page 4

### Foot Platform Load Test:

The loads were applied through a TMA specified 10" X 10" plate.  The applied loads were measured using a calibrated digital load cell.  No visible permanent deformation occurred to the foot platform during the load testing to 1000 pounds of load.  Figures 6 and 7 show the foot platform load testing.  The load deflection readings are attached in table 'B'.

**Foot platform conformed to TMA specifications.**



Figure 6: A photograph of the ladder stand foot platform load testing.



Figure 7: A photograph of the ladder stand foot platform load testing.

### Seat Stability / Adherence Test:

The corner loads were applied through a TMA specified 5" X 10" plate . The applied loads were measured using a calibrated digital load cell. The WIC Model # STLS -41 ladder stand seat remained stable during testing at one time the rated capacity of 500 pounds. Figures 8 and 9 show the seat platform load testing. The seat load deflection readings are attached in table 'C'.

**Seat passed per TMA specifications.**


Figure 8: A photograph of the stability test of the seat.


Figure 9: A photograph of the stability test of the seat.

### Foot Platform Stability / Adherence Test:

The foot platform stability loads were applied through a TMA specified 5" X 10" plate. The applied loads were measured using a calibrated digital load cell. The WIC Model # STLS -41 ladder stand remained stable during testing at one time the rated capacity of 500 pounds. Figures 10 and 11 show the foot platform load testing. The foot platform load deflection readings are attached in table 'D'

**Foot platform conformed to TMA specifications.**


Figure 10: A photograph of the stability test of the foot platform.


Figure 11: A photograph of the stability test of the foot platform.

### Repetitive Load Test

A ladder rung was subjected to a 9,000 cycle 300 pound repetitive load test. Figures 12 and 13 show the foot platform load testing.

**Repetitive load test conformed to TMA specifications:**



Figure 12: A photograph showing the repetitive load test on a ladder rung.



Figure 13: A photograph showing the repetitive load test on a ladder rung.

### Ladder Rung Load Test:

No permanent visible deformation occurred in the WIC ladder rungs during testing to 600 pounds of load.

**Ladder rungs conformed to TMA specifications.**

**Conclusions**

The following conclusions are the Author's opinions based upon the analysis.

1. The submitted WIC Model # STLS-41 ladder stand was rated to a load capacity of 500 pounds.

2. The WIC Model # STLS-41 ladder stand seat sustained a load of 1.5 times the rated load capacity.  TMA criteria require a minimum of 1.5 times the rated load.

3. The WIC Model # STLS-41 ladder stand seat platform remained stable at the 500 pound load rating during the testing.  TMA stability and adherence tests were performed at the advertised load rating.

4. The WIC Model # STLS-41 ladder stand foot platform sustained a load of 2.0 times the rated load capacity.  TMA criteria require a minimum of 2.0 times the rated load.

5. The WIC Model # STLS-41 ladder stand foot platform remained stable at a 500 pound load during testing.  TMA stability and adherence tests are performed at the rated load capacity.

6. The WIC Model # STLS-41 ladder stand ladder rung endured the 9,000 cycle repetitive load test with no visible damage.

7. The WIC Model # STLS-41 ladder stand ladder rung sustained a load of 2.0 times the rated load capacity of the harness with no visible damage.  TMA criteria require a minimum of 2.0 times the rated load.

Scientific Testing Laboratories, Inc.

Performed By: _*Devin Legendre*_
Devin Legendre

Reviewed By: _*Donald Fleming*_

Approved By: _*John Talbury*_

NOTE: Test specimen(s) and material remnants from this project will be discarded after thirty (30) days from the date of this report.  Any requests for alternative handling must be submitted in writing and received prior to that deadline.