UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JORDAN QUEEN<br><br>   Plaintiff,<br><br>v.<br><br>W.I.C., INC. d/b/a SNIPER TREESTANDS<br><br>   Defendant. | Case No. 3:14-cv-00519<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW Plaintiff Jordan Queen, by and through his attorneys, Onder, Shelton, O'Leary & Peterson, LLC, and for his Motion for Leave to File Second Amended Complaint states:

1. Plaintiff seeks to file his Second Amended Complaint to add a manufacturing defect claim and further conform the pleadings to the evidence, as well as drop Defendant Dunham's Athleisure Corporation, which has settled.

2. This matter stems from an October 23, 2013, fall from Defendant W.I.C., Inc.'s "The Scout" tree stand after the ladder section bent under the weight of the Plaintiff.

3. Metallurgic testing performed as part of Plaintiff's expert workup in mid-October 2015 on an exemplar "The Scout" ladder section yielded that the metal composition of the carbon steel tubing of the ladder fails to comply with W.I.C., Inc.'s internal design specifications and industry standards for carbon steel tubing and also was not properly heat treated in the manufacturing process, thereby creating a bending hazard.

4. Federal Rule of Civil Procedure 15(a) dictates that leave to amend a pleading shall be freely given "when justice so requires."

1

5.  Before this testing, Plaintiff had no way of knowing of the manufacturing defect.

6.  The presumptive trial month for this case is July 2016 and the deadline for Defendant to disclose experts is not until January 18, 2016, and no party will be prejudiced if this motion is granted.

7.  On the other hand, great prejudice would attach if Plaintiff were denied the opportunity to pursue his manufacturing defect claims.

8.  Plaintiff's proposed Second Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiff Jordan Queen respectfully requests leave to file his Second Amended Complaint.

ONDER, SHELTON, O'LEARY & PETERSON, LLC

By:  /s/ William W. Blair
William W. Blair, #6285762
110 E. Lockwood, Suite 200
St. Louis, MO  63119
(314) 963-9000 (Telephone)
(314) 963-1700 (Fax)
niemeyer@onderlaw.com
blair@onderlaw.com

*Attorneys for Plaintiff Jordan Queen*

**Certificate of Service**

The undersigned certified the foregoing document was served on all counsel of record by way of the Court's electronic filing system this 9th day of November, 2015.

/s/ William W. Blair

2