UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *JORDAN QUEEN,* )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>*W.I.C., INC., d/b/a SNIPER* )<br>*TREESTANDS, et al.,* )<br>)<br>Defendants. ) | Case No. 3:14-cv-00519 |

### WW INDUSTRIAL CORP.'S MOTION TO EXCLUDE
### PLAINTIFF'S FORENSIC ECONOMIST KAREN GROSSMAN TABAK

WW Industrial Corp. (improperly identified as W.I.C., Inc. d/b/a Sniper Treestands), by and through its attorneys Sandberg Phoenix & von Gontard P.C., moves this Court for an Order excluding plaintiff's forensic economist Karen Grossman Tabak's testimony and opinions. In support of its Motion, WW Industrial states the following:

1. Plaintiff Jordan Queen filed this action for damages resulting from a bimalleolar fracture to his right tibia and fibula near the ankle that he experienced when he fell from a Sniper STLS41 "Scout" ladder stand.

2. Queen intends to offer forensic economist Karen Grossman Tabak's testimony and opinions concerning "the present value of future medical care based upon the report of the medical expert [Santo Steven BiFulco] for Mr. Jordan Gregory Queen as a result of his injury on October 12, 2013."

3. Tabak's testimony and opinions should be excluded because her testimony and opinions are based solely on BiFulco's and his nurse practitioner Ashley Literski's inadmissible life care plan.

4.  Additionally, Tabak's testimony and opinions should be excluded because Tabak did not independently evaluate the costs BiFulco and Literski attributed to their life care plan items.

5.  WW Industrial files contemporaneously herewith a memorandum of law in support of this Motion.

**WHEREFORE,** WW Industrial Corp. prays for an Order excluding Karen Grossman Tabak's testimony and opinions, and for such other and further relief as the Court deems just and proper in the premises.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Andrew D. Ryan*
John S. Sandberg, #2451700
Andrew D. Ryan, #6270539
600 Washington Avenue – 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
jsandberg@sandbergphoenix.com
aryan@sandbergphoenix.com
*Attorneys for Defendant*
*W W Industrial Corp.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 14, 2016, a copy of this document was filed electronically with the Clerk of the Court, using the Court's CM/ECF filing system, which is programmed to cause automated delivery of this document to all counsel of record in this case, to the following counsel of record:

W. Wylie Blair, Esq.
Onder, Shelton, O'Leary & Peterson, LLC
110 E. Lockwood, Ste. 200
St. Louis, MO  63119
blair@onderlaw.com
*Attorney for Plaintiff*

2

7702541.1

James A. Harfst, Esq.
Pitzer Snodgrass, P.C.
100 S. Fourth St., #400
St. Louis, MO  63102
harfst@pspclaw.com
*Attorneys for Defendant Dunham's Athleisure Corporation,*
  *d/b/a Dunham's Sports*

                                                 */s/ Andrew D. Ryan*

7702541.1