UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *JORDAN QUEEN,* | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:14-cv-00519 |
| *W.I.C., INC., d/b/a SNIPER TREESTANDS, et al.,* | ) ) ) ) |
| Defendants. | ) |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Jordan Queen and defendant WW Industrial Corp. (improperly identified as W.I.C., Inc. d/b/a Sniper Treestands) hereby stipulate and agree that all matters, controversies, and claims set forth in plaintiff's Complaint (Doc. 2), First Amended Complaint (Doc. 61), and Second Amended Complaint (Doc. 70) filed herein have been fully resolved. Therefore, the parties stipulate to the above-referenced case's dismissal with prejudice pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), with each party to bear its own costs.

ONDERLAW, LLC

By: */s/ William W. Blair (signed/filed with permission)*
William W. Blair, #6285762
110 E. Lockwood, Suite 200
St. Louis, MO 63119
314-963-9000
314-963-1700 (Fax)
blair@onderlaw.com
*Attorneys for Plaintiff Jordan Queen*

8963919.1

                    SANDBERG PHOENIX & von GONTARD P.C.

By:   */s/ Andrew D. Ryan*
      John S. Sandberg, #2451700
      Andrew D. Ryan, #6270539
      600 Washington Avenue – 15th Floor
      St. Louis, MO  63101-1313
      314-231-3332
      314-241-7604 (Fax)
      jsandberg@sandbergphoenix.com
      aryan@sandbergphoenix.com
      *Attorneys for Defendant*
      *WW Industrial Corp.*

8963919.1